UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABEL ORTEGA, et al.,

                  Plaintiffs,

    -v-

SEA THAI HOSPITALITY INC., et al.,

                  Defendants.

CIVIL ACTION NO. 25 Civ. 3893 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the unsuccessful mediation in this action, the parties are ORDERED to meet and confer and submit a proposed revised case management plan by **Friday, January 9, 2026**.

Dated:      New York, New York
            December 30, 2025

                  SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**