UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABEL ORTEGA, et al.,

                                    Plaintiffs,

              -v-                                              CIVIL ACTION NO. 25 Civ. 3893 (SLC)

SEA THAI HOSPITALITY INC., et al.,                            **SCHEDULING ORDER**

                                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's Motion for a Local Rule 37.2 Conference (Dkt. No. 27 (the "Motion")) and the Plaintiff's proposed revised case management plan (Dkt. No. 28).  A telephonic conference to discuss the Motion and the proposed revised case management plan is scheduled for **Friday, January 30, 2026 at 2:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            January 12, 2026

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    United States Magistrate Judge