UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABEL ORTEGA, et al.,

                           Plaintiffs,

        -v-                                          CIVIL ACTION NO. 25 Civ. 3893 (SLC)

SEA THAI HOSPITALITY INC., et al.,                   **POST-CONFERENCE ORDER**

                           Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the discussion at the telephonic discovery conference held today, January 30, 2026, the Court orders as follows:

1. By **Friday, February 13, 2026**, Defendants shall respond to Plaintiffs' outstanding requests for production.  The Court will issue a revised case management plan by separate Order.

2. By **Friday, February 27, 2026**, Plaintiffs shall file a letter detailing the status of discovery, including Defendants' compliance with their discovery obligations.

Defendants are warned that failure to comply with this Order could result in the Court directing Plaintiffs to initiate default proceedings against them.

Dated:        New York, New York
              January 30, 2026

                           SO ORDERED.

                           _____
                           SARAH L. CAVE
                           **United States Magistrate Judge**