UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABEL ORTEGA, et al.,

                          Plaintiffs,

          -v-

SEA THAI HOSPITALITY INC., et al.,

                          Defendants.

CIVIL ACTION NO. 25 Civ. 3893 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 27, 2026, the Court ordered Defendants to respond to Plaintiffs' letter updating the Court on the status of discovery by March 4, 2026.  (Dkt. No. 33). To date, Defendants have not filed any response.  Accordingly, an **in-person** discovery status conference is scheduled for **Monday, March 9, 2026 at 2:00 p.m.** in Courtroom 18A, 500 Pearl Street, New York, NY.  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference.

The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Dated:        New York, New York
              March 5, 2026

                              SO ORDERED.

                              **SARAH L. CAVE**
                              **United States Magistrate Judge**