UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABEL ORTEGA, et al.,

                    Plaintiffs,

    -v-

SEA THAI HOSPITALITY INC., et al.,

                   Defendants.

CIVIL ACTION NO. 25 Civ. 3893 (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the discussion at the in-person discovery conference held today, March 9, 2026 (the "Conference"), the Court ORDERS as follows:

1. By **Monday, March 23, 2026**, Defendants shall produce:  (1) their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a), and (2) formal responses to Plaintiffs' outstanding requests for production.  In the meantime, Defendants will continue their rolling production of documents, including payroll reports discussed during the Conference.

2. A telephonic discovery status conference is scheduled for **Tuesday, April 21, 2026 at 12:00**

**p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681;

access code: 2308 226 4654, at the scheduled time.


Dated:          New York, New York
                March 9, 2026

                                    SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**