UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABEL ORTEGA, et al.,

                           Plaintiffs,

        -v-                                                    CIVIL ACTION NO. 25 Civ. 3893 (SLC)

SEA THAI HOSPITALITY INC., et al.,                             **POST-CONFERENCE ORDER**

                           Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Based on the discussion at the telephonic status conference held today, April 21, 2026,

the Court ORDERS as follows:

  1.  by **Tuesday, May 5, 2026**, Defendants shall produce the outstanding documents Plaintiffs

      specified in an email sent this week, and

  2.  by **Friday, May 15, 2026**, the parties shall file a joint status letter on whether Defendants'

      document production is complete and whether the parties scheduled a mediation.

Dated:        New York, New York
              April 21, 2026

                                        SO ORDERED.

                                        SARAH L. CAVE
                                        **United States Magistrate Judge**