# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:          (212) 465-1188
                         cklee@leelitigation.com                                    May 15, 2026

**Via ECF**

The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

                         Re:    *Ortega et. al. v. Sea Thai Hospitality Inc. et. al.*
                                Case No. 1:25-cv-03893

Dear Judge Cave:

        We represent Plaintiff in the above-referenced matter. We write jointly with Defendants to inform the Court that the parties have agreed to a class mediation and to request that the Court stay all proceedings.

        After several discussions, the parties have agreed to engage in private mediation utilizing Raymond Nardo as mediator. The parties are working with Mr. Nardo to schedule the mediation and expect the mediation to take place by July 15, 2026 at the latest. The mediation is subject to Defendants agreeing to a retainer agreement with Mr. Nardo for their share of the mediation cost. The parties submit that the stay requested herein will promote the efficient use of resources in this case, as a successful mediation will avoid the unnecessary expenditure of resources by the parties and this Court on motion practice and discovery-related matters. The parties believe that Mr. Nardo, who is an experienced and highly regarded mediator of complex FLSA cases, has the specific background the parties need to generate the best chance at a successful class settlement.

        Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter within two weeks of the parties' mediation date or July 29, 2026, whichever occurs first. If the parties are unable to reach a resolution at mediation, the parties propose that they, with their joint letter, submit a new Scheduling Order.

        As part of the agreement to mediation, the parties have agreed to toll the claims of putative collective members as of May 15, 2026.

        We thank Your Honor for its time and consideration of this matter.

Respectfully submitted,

/s/ C.K. Lee, esq.
C.K. Lee, Esq.

cc: all parties via ECF

> The parties' request at Dkt. No. 39 is GRANTED. This action is STAYED pending the mediation. By **July 29, 2026**, the parties shall submit a joint status letter informing the Court of the outcome of the mediation.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 39.
>
> SO ORDERED    5/18/26
>
> SARAH L. CAVE
> United States Magistrate Judge