UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABEL ORTEGA, et al.,

Plaintiffs,

-v-

SEA THAI HOSPITALITY INC., et al.,

Defendant.

CIVIL ACTION NO.: 25 Civ. 3893 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 40, the parties were required to file a joint status letter advising the Court on the outcome of their mediation efforts by July 29, 2026. (Dkt. No. 40). The parties have not filed such joint letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the joint letter up to and including **August 6, 2026**.

Dated: New York, New York
July 30, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**