**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABEL ORTEGA and MARIA GOMEZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiffs,<br><br>v.<br><br>SEA THAI HOSPITALITY INC. et al.,<br><br>Defendants. | **Case No.**: 1:25-cv-03893<br><br>~~**[PROPOSED]**~~<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, having offered to allow Plaintiffs ABEL ORTEGA and MARIA GOMEZ ("Plaintiffs") to take a judgment against them, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiffs' individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 6, 2026 and filed as Exhibit A to Docket Number 43;

**WHEREAS**, on August 7, 2026, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 43);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs ABEL ORTEGA and MARIA GOMEZ, in the sum of $30,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 6, 2026 and filed as Exhibit A to Docket Number 43. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: August 7, 2026
New York, New York

[signature]
United States Magistrate Judge ~~U.S.D.J.~~